UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HERB D. VEST, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 09-1083 (RBW) |
| DEPARTMENT OF THE AIR FORCE, et al., | ) ) ) |
| Defendants. | ) ) |

## DEFENDANTS' MOTION TO DISMISS AND FOR SUMMARY JUDGMENT

Defendants, the Department of the Air Force, Department of the Army, Central Intelligence Agency, Defense Intelligence Agency, Department of the Navy, Department of Homeland Security, United States Department of Justice, Federal Bureau of Investigation, United States Department of State, United States Marine Corps, United States Citizenship and Immigration Services, National Security Agency, Department of Veterans Affairs, and Department of Defense, by and through their undersigned counsel, hereby move that Plaintiff's Complaint be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) or, in the alternative, for summary judgment pursuant to Federal Rule of Civil Procedure 56.  In support of this motion, Defendants respectfully refer the Court to the attached statement of material facts not in genuine dispute; the attached memorandum of points and authorities; and the attached declarations of Carolyn Price, Geraldine V. Yates, Delores M. Nelson, Alesia Y. Williams, Miriam Brown-Lam, Mary V. Dolan, Jill A. Eggleston, David M. Hardy, Margaret P. Grafeld, Diane M. Janosek, Deborah K. McCallum, and Salvatore J. Demarco.  A proposed order is submitted herewith.

Dated: September 18, 2009          Respectfully submitted,

/s/
CHANNING D. PHILLIPS, D.C. BAR # 415793
Acting United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JENNIFER ZACHARY
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
Tel: 202-307-0821
Jennifer.Zachary@usdoj.gov