UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HERB D. VEST                        :
                                    :
        Plaintiff,                  :
                                    :
    v.                              :   Civil Action No. 09-1083
                                    :          (JBW)
DEPARTMENT OF THE AIR FORCE         :
    et al.                          :
                                    :
        Defendants                  :

PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

Comes now the plaintiff, Herbert D. Vest ("Vest"), and moves this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, to enter summary Judgment in his favor.[1]

In support of this motion Vest submits a Memorandum of Points and Authorities in Support of Plaintiff's Cross-Motion for Summary Judgment and in Opposition to

---

[1] Defendants' motion to dismiss includes the Veterans Affairs (VA). Although VA incorrectly states that it received no request from plaintiff, plaintiff nonetheless concedes he failed to state a claim upon which relief can be granted as to VA because VA granted his request in full.

Defendants' Motion for Summary Judgment, a Local Rule 7.1(h) Statement, and a proposed Order.

Respectfully submitted,

____/s/____
James H. Lesar #114413
1003 K Street, N.W.
Suite 640
Washington, D.C. 20001
Phone: (202) 393-1921


_____/s/_____
Julia Vorsina Greenberg
New York Bar #388561773
Empire State Building
350 Fifth Avenue
Suite 4400
New York, N.Y. 10118
Phone: (212) 965-9514

Counsel for Plaintiff


DATED: October 30, 2009